No. 75–5140.  LYNCH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5171.  JOYNER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5192.  OWENS v. CALIFORNIA; and
No. 75–5428.  BAILEY v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–5200.  CLINGAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5212.  SAYLES v. SIRICA, U. S. DISTRICT JUDGE. C. A. D. C. Cir.  Certiorari denied.

No. 75–5233.  JACKSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5238.  SULLIVAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5239.  HOWARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5251.  PONDER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5271.  MONTGOMERY v. DAGGETT, WARDEN. C. A. 10th Cir.  Certiorari denied.

No. 75–5278.  CARR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 75–5282.  RIVERA-MARQUEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 75–5289.  WILLIAMS, AKA STEWART v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.